## STATE OF CONNECTICUT *v.* KEVIN CATO

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 403, is denied.

*Thomas Ullman,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided June 29, 1990

## STATE OF CONNECTICUT *v.* MARTIN GEISLER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 22 Conn. App. 142, is denied.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in support of the petition.

*Richard Emanuel,* in opposition.

Decided June 29, 1990

## STATE OF CONNECTICUT *v.* HAROLD HOLLOWAY

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 265, is denied.

*William F. Gallagher,* special public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided June 29, 1990